```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
                          HOUSTON DIVISION



UNITED STATES OF AMERICA,    )   CASE NO:  4:15-CR-00060
                             )
            Plaintiff,       )       CRIMINAL
                             )
    vs.                      )      Houston, Texas
                             )
RAYNARD GRAY,                )   Thursday, June 16, 2016
SONNY FLOYD PERVIS,          )
                             )   (10:14 a.m. to 10:16 a.m.)
            Defendants.      )


                           ARRAIGNMENT

              BEFORE THE HONORABLE STEPHEN SMITH,
                 UNITED STATES MAGISTRATE JUDGE



APPEARANCE:


Clerk:                     Jason Marchand

Court Recorder [ECRO]:     Suzanne Guevara

Transcribed By:            Exceptional Reporting Services, Inc.
                           P.O. Box 18668
                           Corpus Christi, Texas  78480-8668
                           361-949-2988
```

**THIS TRANSCRIPT HAS BEEN FURNISHED AT PUBLIC EXPENSE UNDER THE CRIMINAL JUSTICE ACT AND MAY BE USED ONLY AS AUTHORIZED BY COURT ORDER. UNAUTHORIZED REPRODUCTION WILL RESULT IN AN ASSESSMENT AGAINST COUNSEL FOR THE COST OF AN ORIGINAL AND ONE COPY AT THE OFFICIAL RATE. General Order 94-15, United States District Court, Southern District of Texas.**

```
Proceedings recorded by electronic sound recording;
transcript produced by transcription service.
```

**APPEARANCES FOR:**

| | |
|---|---|
| Plaintiff: | HEATHER WINTER, ESQ.<br>U.S. Attorney's Office<br>1000 Louisiana, Suite 2300<br>Houston, TX 77002 |
| Raynard Gray: | LANCE HAMM, ESQ.<br>Harris County DA's Office<br>1201 Franklin, Suite 600<br>Houston, TX 77002 |
| Sonny Pervis: | EUGENE P. TAUSK, ESQ.<br>Tausk & Vega<br>1221 Studewood St.<br>Houston, TX 77008 |

**Houston, Texas; Thursday, June 16, 2016; 10:14 a.m.**

**(Call to Order)**

**THE COURT:** All right, the next case is *United States of America versus Raynard Gray and Sonny Floyd Pervis*, Criminal Case H-15-60.

**MS. WINTER:** Good morning, Your Honor. Heather Winter with the United States.

**THE COURT:** Good morning, Ms. Winter.

**MR. HAMM:** Good morning, Judge. Lance Hamm for Mr. Gray.

**THE COURT:** Mr. Hamm.

Is Mr. Tausk here?

**THE CLERK:** He's not here yet, Your Honor. I thought he would be here by now.

**THE COURT:** All right. Well, then Mr. Pervis -- which one is Mr. Pervis? He can have a seat. He can have a seat.

**DEFENDANT PERVIS:** No, sir.

**MR. SPEAKER:** No, he can have a seat.

**THE COURT:** He can have a seat. His Attorney's not here yet, so we won't call him yet. All right. Step forward.

All right. Now, we've scheduled an arraignment in this matter. Are we ready to proceed with that --

**MR. HAMM:** We are, Judge.

**THE COURT:** -- Mr. Hamm? All right.

1   All right.  Mr. Gray, you're charged in the Second
2   Superseding Indictment with counts involved in aiding and
3   abetting a bank robbery and carrying a firearm.  Have you had
4   enough time to review these charges against you in the Second
5   Superseding Indictment with your Attorney?
6       **DEFENDANT GRAY:**  Yes, sir.
7       **THE COURT:**  Okay.  Are you ready to enter a formal
8   plea to those charges this morning?
9       **DEFENDANT GRAY:**  Yes, sir.
10      **THE COURT:**  Okay.  Does Counsel agree to waive a
11  formal reading of the Second Superseding Indictment?
12      **MR. HAMM:**  I do, Your Honor.
13      **THE COURT:**  Okay.  Then Mr. Gray, how do you plead to
14  the charges against you in this Indictment, guilty or not
15  guilty?
16      **DEFENDANT GRAY:**  Not guilty.
17      **THE COURT:**  A non-guilty plea will be entered on your
18  behalf.
19      **THE CLERK:**  There's already an order in place, Your
20  Honor.
21      **THE COURT:**  We already have a Scheduling Order for
22  the trial.  All right.  Anything else on this matter, Mr. Hamm?
23      **MR. HAMM:**  No, Your Honor.
24      **THE COURT:**  All right.  Anything else from the
25  Government?

5

1 **MS. WINTER:** No, Your Honor.

2 **THE COURT:** All right. You may be excused.

3 **(Requested transcription concluded at 10:16 a.m.)**

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____                              June 6, 2018
          Signed                                                   Dated

*TONI HUDSON, TRANSCRIBER*

EXCEPTIONAL REPORTING SERVICES, INC